**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 19, 2013.**



**In The**

# Fourteenth Court of Appeals

## NO. 14-13-00985-CV

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE, Appellant

## V.

## BRIAN EDWARD FRANKLIN, Appellee

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 71288**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed October 29, 2013. On December 12, 2013, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices McCally, Busby, and Donovan.